United States District Court

Eastern District of California

United States of America,

    Plaintiff,        No. Mag. 05-164 PAN

  vs.                Detention Order

Miguel Angel Sandoval,

    Defendant.

-oOo-

A. <u>Order For Detention</u>

After conducting a detention hearing pursuant to 18 U.S.C. § 3142(f) of the Bail Reform Act, the Court orders the above-named defendant detained pursuant to 18 U.S.C. § 3142(e) and (i).

B. <u>Statement Of Reasons For The Detention</u>

The Court orders the defendant's detention because it finds:

  __X__    By a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the defendant as required.

  __x__    By clear and convincing evidence that no condition or combination of conditions will reasonably assure

        the safety of any other person and the community.

C. <u>Findings Of Fact</u>

    The Court's findings are based on the evidence which was presented in Court and that which was contained in the Pretrial Services Report, and includes the following:

  <u> x </u>     (1) Nature and Circumstances of the offense charged.

        <u> x </u>    (a) The crime. <u>21 USC 841, 846.</u>

        <u>     </u>    (b) The offense is a crime of violence.

        <u>     </u>    (c) The offense involves a narcotic.

        <u>     </u>    (d) The offense involves a large amount of controlled substances.

  <u> X </u>     (2) The weight of the evidence against the defendant is high.

  <u>     </u>     (3) The history and characteristics of the defendant including:

        <u>     </u>(a) General Factors:

                <u>     </u>    The defendant appears to have a mental condition which may affect whether the defendant will appear.

                <u>     </u>    The defendant has no family ties in the area.

                <u>     </u>    The defendant has no steady employment.

                <u>     </u>    The defendant has no substantial financial resources.

                <u>     </u>    The defendant is not a long time resident of the community.

                <u>     </u>    The defendant does not have any significant community ties.

                <u>     </u>    Past conduct of the defendant:

                <u>     </u>    The defendant has a history relating to drug abuse.

      \_\_\_\_\_    The defendant has a significant prior criminal record.

      \_\_\_\_\_    The defendant has a prior record of failure to appear at court proceedings.

  (b)   Whether the defendant was on probation, parole, or release by a court;

At the time of the current arrest, the defendant was on:

      \_\_\_\_\_    Probation.

      \_\_\_\_\_    Parole.

      \_\_\_\_\_    Release pending trial, sentence, appeal or completion of sentence.

  (c)   Other Factors

      \_\_\_\_\_    The defendant is an illegal alien and is subject to deportation.

      \_\_\_\_\_    The defendant is a legal alien and will be subject to deportation if convicted.

      __x__    Other: <u>Unopposed motion.</u>

__x__    (4)  <u>Rebuttable Presumptions</u>

In determining that the defendant should be detained, the court also relied on the following rebuttable presumption(s) contained in 18 U.S.C. § 3142(e), which the court finds the defendant has not rebutted:

  \_\_\_\_\_    (a)  (1) The crime charged is one described in § 3142(f)(1)

          \_\_\_\_\_    (A) a crime of violence; or

          \_\_\_\_\_    (B) an offense for which the maximum penalty is life imprisonment or death; or

          \_\_\_\_\_    (C) a controlled substance violation that has a maximum penalty of ten years or more; or

          \_\_\_\_\_    (D) a felony and defendant

|   |   |   |   |
|---|---|---|---|
|   |   |   | previously was convicted of two or more of the offenses described in (A) through (C) above <u>and</u> |
|   |   | (2) | Defendant previously has been convicted of one of the crimes listed in subparagraph (1)(A)-(C), above <u>and</u> |
|   |   | (3) | The offense referred to in subparagraph (2) was committed while defendant was on release pending trial <u>and</u> |
|   |   | (4) | Not more than five years has elapsed since the date of conviction or release from imprisonment for the offense referred to in subparagraph (2). |
|   | __X__ | (b) | There is probable cause to believe that defendant committed an offense for which a maximum term of imprisonment of ten years or more is prescribed |
|   | __x__ |   | in the Controlled Substances Act, 21 U.S.C. §§ 801, et seq., |
|   | ____ |   | the Controlled Substances Act, 21 U.S.C. §§ 951, et seq., |
|   | ____ |   | the Maritime Drug Law Enforcement Act, 46 U.S.C. App. §§ 1901, et seq., or |
|   | ____ |   | an offense under 18 U.S.C. §§ 924(c), 956(a), or 2332b. |
|   | ____ |   | an offense under 18 U.S.C. §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1), 2252(a)(2), 2252(a)(3), 2252A(a)(1), 2252A(a)(2), 2252A(a)(3), 2252A(a)(4), 2260, 2421, 2422, 2423 or 2425. |

D.   <u>Additional Directives</u>

Pursuant to 18 U.S.C. § 3142(i)(2)-(4), the Court directs that:

The defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and

4

1  The defendant be afforded reasonable opportunity for private consultation with his counsel; and

2

3  That, on order of a court of the United States, or request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined deliver the

4  defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

5

6  Dated: June 10, 2005.

7

8                                              /s/ Peter A. Nowinski
                                                   Peter A. Nowinski
9                                                  Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26