HAYES H. GABLE III
Attorney at Law
State Bar No. 60368
428 J Street, Suite 350
Sacramento, CA 95814
(916) 446-3331
Fax: (916) 447-2988

Attorney for Defendant
MICHELLE LYNN STUBBLEFIELD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>**MIGUEL ANGEL SANDOVAL, and MICHELLE LYNN STUBBLEFIELD**, | Cr. S-05-248 FCD<br><br>**STIPULATION AND ORDER RE: CONTINUANCE OF STATUS CONFERENCE AND EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT**<br><br>Hon. Frank C. Damrell, Jr. |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Jason Hitt, and defendants Miguel Angel Sandoval and Michelle Lynn Stubblefield, by and through their respective counsel, H. Russell Halpern and Hayes H. Gable III, agree and stipulate to vacate the existing status conference in the above-captioned action, July 25, 2005, and to continue the matter to August 22, 2005, at 9:30 a.m.

The reason for this continuance is that the government is in the process of providing discovery to the defense and the defense requires time, once received, to review same. The parties further agree and stipulate that the period for the filing of this stipulation until August 22, 2005, should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective presentation.

It is further agreed and stipulated that the need of defense counsel to prepare exceeds the public's interest in commencing trial within 70 days.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

DATE: July 20, 2005

   s/Hayes H. Gable, III for
**H. RUSSELL HALPERN**

   s/Hayes H. Gable, III
**HAYES H. GABLE, III**
Attorney for Defendant

DATE: July 20, 2005

   s/Hayes H. Gable, III
**JASON HITT**
Asst. U.S. Attorney

**ORDER FINDING EXCLUDABLE TIME**

For the reasons set forth in the accompanying stipulation and declaration of counsel filed under seal, the status conference in the above-entitled action is continued to August 22, 2005, at 9:30 a.m. The court finds excludable time in this matter from July 25, 2005 through August 22, 2005, under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective presentation. For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(8)(A), (h)(8)(B)(iv).

IT IS SO ORDERED.

DATE: July 21, 2005

   /s/ Frank C. Damrell Jr.
**HON. FRANK C. DAMRELL,JR**
U.S. District Court Judge