1  HAYES H. GABLE III
   Attorney at Law
2  State Bar No. 60368
   428 J Street, Suite 350
3  Sacramento, CA 95814
   (916) 446-3331
4  Fax: (916) 447-2988

5  Attorney for Defendant
   MICHELLE LYNN STUBBLEFIELD
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

| UNITED STATES OF AMERICA, | Cr. S-05-248 FCD |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER RE: CONTINUANCE OF STATUS CONFERENCE AND EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT** |
| vs. | |
| MIGUEL ANGEL SANDOVAL, and MICHELLE LYNN STUBBLEFIELD, | Hon. Frank C. Damrell, Jr. |

18                              **STIPULATION**

19       Plaintiff, United States of America, by and through its counsel, Assistant United States

20  Attorney Jason Hitt, and defendants Miguel Angel Sandoval and Michelle Lynn Stubblefield, by and

21  through their respective counsel, H. Russell Halpern and Hayes H. Gable III, agree and stipulate to

22  vacate the existing status conference in the above-captioned action, August 22, 2005, and to continue

23  the matter to September 19, 2005, at 9:30 a.m.

24       The reason for this continuance is that the government has recently provided discovery to the

25  defense and the defense requires time, to review same, and conduct an investigation.  The parties

26  further agree and stipulate that the period for the filing of this stipulation until September 19, 2005,

27  should be excluded in computing time for commencement of trial under the Speedy Trial Act, based

28  upon the interest of justice under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow

continuity of counsel and to allow reasonable time necessary for effective presentation.

It is further agreed and stipulated that the need of defense counsel to prepare exceeds the public's interest in commencing trial within 70 days.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

DATE: August 19, 2005

   s/Hayes H. Gable, III for
**H. RUSSELL HALPERN**

   s/Hayes H. Gable, III
**HAYES H. GABLE, III**
Attorney for Defendant

DATE: August 19, 2005

   s/Hayes H. Gable, III for
**JASON HITT**
Asst. U.S. Attorney

## ORDER FINDING EXCLUDABLE TIME

For the reasons set forth in the accompanying stipulation and declaration of counsel filed under seal, the status conference in the above-entitled action is continued to September 19, 2005, at 9:30 a.m. The court finds excludable time in this matter from August 22, 2005 through September 19, 2005, under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective presentation. For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(8)(A), (h)(8)(B)(iv).

IT IS SO ORDERED.

DATE: August 19, 2005

   /s/ Frank C. Damrell Jr.
**HON. FRANK C. DAMRELL, JR**
U.S. District Court Judge