```
McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: 916.554.2751
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR S-05-0248 FCD |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER |
| v. | ) | |
| MIGUEL ANGEL SANDOVAL, and MICHELLE LYNN STUBBLEFIELD, | ) | |
| Defendants. | ) | |

    Plaintiff, United States of America, by its counsel, Assistant United States Attorney Jason Hitt, and defendants Miguel Angel Sandoval and Michelle Lynn Stubblefield, by their counsel H. Russell Halper and Hayes H. Gable, hereby stipulate and agree that the status conference currently set for October 24, 2005, at 9:30 a.m. should be continued to November 14, 2005, at 9:30 a.m.

    The requested continuance is based upon the need of defense counsel to review extensive discovery in this case and continue to engage the government in settlement discussions.  The parties further agree and stipulate that the period between October 24, 2005, and November 14, 2005, should be excluded from computer time for commencement of trial under the Speedy Trial Act, based

upon the interests of justice under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and reasonable time necessary for effective defense preparation.

```
                                        Respectfully Submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney


DATED:  October 21, 2005      By:   /s/Jason Hitt
                                    JASON HITT
                                    Assistant U.S. Attorney

DATED:  October 21, 2005      By:   /s/Jason Hitt
                                    Telephonically authorized to
                                    sign for Mr. Halpern on 10-20-
                                    05
                                    H. RUSSELL HALPERN
                                    Attorney for SANDOVAL

DATED:  October 21, 2005      By:   /s/Jason Hitt
                                    Telephonically authorized to
                                    sign for Mr. Gable on 10-19-05
                                    HAYES H. GABLE, III
                                    Attorney for STUBBLEFIELD
```

**ORDER**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that:

1. The Status Conference set for October 24, 2005, at 9:30 A.M., is continued November 14, 2005, at 9:30 A.M.;

2. Based upon the above representations and stipulation of the parties, the court finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through November 14, 2005.

DATED: October 21, 2005

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL, JR.
United States District Judge