```
McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR S-05-0248 FCD |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING JUDGMENT AND |
| v. ) | SENTENCING |
| ) | |
| MIGUEL ANGEL SANDOVAL, and ) | |
| MICHELLE LYNN STUBBLEFIELD, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Plaintiff, United States of America, by its counsel, Assistant United States Attorney Jason Hitt, and defendant Miguel Angel Sandoval, by his counsel H. Russell Halpern, Esq., stipulate and agree that the judgment and sentencing currently set for August 14, 2006, at 9:30 a.m. should be continued to

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

September 18, 2006, at 9:30 a.m.  The parties are requesting the continuance based upon continuing efforts to mitigate the defendant's sentencing exposure.

Respectfully Submitted,

McGREGOR W. SCOTT
United States Attorney

DATED: August 11, 2006     By: /s/Jason Hitt
                               JASON HITT
                               Assistant U.S. Attorney

DATED: August 11, 2006     By: /s/Jason Hitt
                               Telephonically authorized to sign for Mr. Halpern on 8-11-06
                               H. RUSSELL HALPERN, ESQ.
                               Attorney for SANDOVAL

**ORDER**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that:

The judgment and sentencing currently set for August 14, 2006, at 9:30 a.m. is continued to September 18, 2006, at 9:30 a.m.

DATED: August 11, 2006

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL, JR.
United States District Judge