McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR S-05-0248 FCD |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING JUDGMENT AND |
| v. | ) | SENTENCING |
| | ) | |
| MIGUEL ANGEL SANDOVAL, and | ) | |
| MICHELLE LYNN STUBBLEFIELD, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff, United States of America, by its counsel, Assistant United States Attorney Jason Hitt, and defendant Miguel Angel Sandoval, by his counsel H. Russell Halpern, Esq., stipulate and agree that the judgment and sentencing currently set for September 18, 2006, at 9:30 a.m. should be continued to October 30, 2006, at 9:30 a.m.  The parties are requesting the continuance based upon continuing efforts to mitigate the defendant's sentencing exposure.

                                    Respectfully Submitted,

                                    McGREGOR W. SCOTT
                                    United States Attorney


DATED: September 13, 2006           By: /s/Jason Hitt
                                    JASON HITT

1

|  |  |
|---|---|
|  | Assistant U.S. Attorney |
| DATED: September 14, 2006 | By: /s/Jason Hitt<br>Telephonically authorized to sign for Mr. Halpern on 9-13-06<br>H. RUSSELL HALPERN, ESQ.<br>Attorney for SANDOVAL |

### ORDER

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that:

The judgment and sentencing currently set for September 18, 2006, at 9:30 a.m. is continued to October 30, 2006, at 9:30 a.m.

DATED: September 14, 2006

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL, JR.
United States District Judge