UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>MIGUEL ANGEL SANDOVAL,<br><br>      Defendant. | No. 2:05-cr-00248-GEB<br><br><br>**ORDER** |

On October 2, 2014, Defendant filed, in pro per, a Motion to Reduce Sentence under 18 U.S.C. § 3582(c)(2). (ECF No. 71.) In essence, Defendant argues a retroactive amendment to the Sentencing Guidelines, resulting in a reduction of his base offense level by two levels, justifies a reduction of his sentence.

The government opposes Defendant's motion, rejoining "the defendant's motion is premature, and the Court is currently without authority to grant it." (Gov't Opp'n 1:26-27, ECF No. 72.) The government argues:

> The defendant . . . seek[s] a reduction in his sentence on the basis of proposed Amendment 782 to the Sentencing Guidelines. If implemented, [the amendment] will revise the Drug Quantity Table in USSG § 2D1.1 and reduce by two levels the offense level applicable to many drug trafficking offenses. . . .
>
> The basis of defendant's motion, Amendment 782, is not yet effective. The amendment will

        become effective on November 1, 2014, if Congress does not act before that time to modify or disapprove it. Even then, if the amendment becomes effective, no defendant may be released on the basis of the retroactive amendment before November 1, 2015. Thus, there will be ample time for consideration of the defendant's motion if and when the amendment becomes effective.

(Id. at 1:22-2:5 (citation omitted).)

        Since Defendant's motion is premised upon an amendment to the Sentencing Guidelines that has not yet taken effect, it is DENIED. See United States v. Edwards, --- F. App'x ----, 2014 WL 4346754, at *1 n.1 (9th Cir. 2014) (stating "it is preferable for [the defendant] to file a motion for reduction of sentence under 18 U.S.C. § 3582(c)(2)[, which is premised upon Amendment 782,] after the Amendment goes into effect").

Dated:  October 15, 2014

                                                GARLAND E. BURRELL, JR.
                                                Senior United States District Judge