BENJAMIN B. WAGNER
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:05-CR-248 GEB |
|---|---|
| Plaintiff, | MOTION AND [PROPOSED] ORDER REDUCING PRISON TERM TO TIME SERVED |
| v. | |
| MIGUEL ANGEL SANDOVAL, | [18 U.S.C. § 3582(c)(1)(A)(i)] |
| Defendant. | |

The United States of America, by the Director of the Federal Bureau of Prisons and through Assistant United States Attorney Jason Hitt, and respectfully moves the Court pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), to modify defendant Miguel Angel SANDVOAL's ("defendant") term of imprisonment to time served. In support of this motion, the United States and the Director of the Federal Bureau of Prisons state as follows:

1. This motion is brought pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). That statute provides:

> (c) **Modification of an imposed term of imprisonment**.--The court may not modify a term of imprisonment once it has been imposed except that--
>
>   (1) in any case--
>
>     (A) the court, upon motion of the Director of the Bureau of Prisons, may reduce the term of imprisonment (and may impose a term of probation or supervised release with or without conditions that does not exceed the unserved portion of the original term of imprisonment), after considering the factors set forth in section 3553(a) to the extent that they are applicable, if it finds that--

       (i)  extraordinary and compelling reasons warrant such a reduction.

2. In this case, the Director of the Bureau of Prisons has certified to the undersigned that "extraordinary and compelling reasons" exist to grant a modification of this defendant's sentence to time served pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). As discussed below, the "extraordinary and compelling reasons" are the defendant's significant, rapid declining health in prison due to a diagnosis of Huntington's chorea.

3. On February 26, 2006, the defendant entered guilty pleas to Counts One and Five of the Indictment. Presentence Investigation Report (PSR) ¶ 1; Docket No. 25. Count One charged him with Conspiracy to Distribute at least 50 grams of Methamphetamine (actual) in violation of 21 U.S.C. §§ 846, 841(a)(1). PSR ¶ 1. Count Five charged him with Possession with Intent to Distribute at least 50 grams of methamphetamine (actual) in violation of 21 U.S.C. § 841(a)(1). PSR ¶ 1.

3. The Honorable Frank C. Damrell, Jr. held a sentencing hearing on October 30, 2006. Docket No. 48. The Court imposed a sentence of 210 months in prison on each of Counts One and Five to run concurrent to each other for total term of 210 months. Docket No. 49; J&C Order, at 2.

3. The defendant has a projected good conduct time release date of April 27, 2021.

4. According to Bureau of Prisons officials, the defendant, now age 37, has been diagnosed with Huntington's chorea, an autosomal dominant neurodegenerative disorder clinically characterized by a triad of motor, cognitive and psychiatric symptoms. He is severely debilitated and has been confined to a wheelchair since January 2015. An inmate companion assists him with his activities of daily living. While his condition is not terminal at this time, he is severely debilitated and his condition will continue to deteriorate.

5. According to Bureau of Prisons officials, if this motion and a similar motion brought in the Eastern District of Arkansas are granted, the defendant will return to Jalisco, Mexico, and will reside with his father and brother. The Mexican Consulate in St. Paul, Minnesota, will assist the Bureau of Prisons by working with the Bureau of Immigration and Customs Enforcement on his release. He will serve a non-reporting 60-month term of supervised release.

Based upon these considerations and the certification of the Bureau of Prisons Director, the United States respectfully moves for the Court to grant this motion and enter an amended judgment reducing the term of imprisonment to the time the defendant has now served. This motion is made pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), at the direction of the Director of the Bureau of Prisons and through Assistant United States Attorney Jason Hitt. The United States believes that the defendant's severely debilitated and deteriorating medical condition constitutes "extraordinary and compelling reasons" warranting the requested reduction.

Dated:  March 16, 2016　　　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　By:   /s/ JASON HITT
　　　　　　　　　　　　　　　　　　　　　　　JASON HITT
　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:05-CR-248 GEB |
| Plaintiff, | ORDER REDUCING PRISON TERM TO TIME SERVED PURSUANT TO 18 U.S.C. § 3582(c)(1)(A)(i) |
| v. | |
| MIGUEL ANGEL SANDOVAL, | |
| Defendant. | |

 The United States, at the request of the Director of the Bureau of Prisons, has filed a motion pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), seeking a modification of the term of imprisonment of the defendant Miguel Angel Sandoval, to time served, and commencement of a non-reporting 60-month term of supervised release. Based upon the representations of the United States in its motion, the Court finds that the United States has made showing that the defendant's medical diagnosis of Huntington's chorea and current condition of being severely debilitated, confined to a wheelchair, and requiring assistance with his daily living activities all constitute "extraordinary and compelling reasons" warranting the requested reduction within the meaning of 18 U.S.C. § 3582(c)(1)(A)(i).

**IT IS THEREFORE ORDERED** that the defendant's term of imprisonment is hereby reduced to the time he has already served.

**IT IS FURTHER ORDERED** that the defendant shall be released from the custody of the Federal Bureau of Prisons as soon as his medical condition permits, the release plan is implemented, and travel arrangements can be made.

**IT IS FURTHER ORDERED** that the defendant shall begin serving an unsupervised 60-month term of supervised release. If he returns to the United States, he is to report to the nearest United States Probation Office within 24 hours.

DATED: April 13, 2016

GARLAND E. BURRELL, JR.
Senior United States District Judge